**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| LONGHORN AUTOMOTIVE GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO GROUP NORTH AMERICA, LLC, MACK TRUCKS, INC., NOVA BUS (US) INC., and PREVOST CAR (US) INC.,<br><br>Defendants. | Case No. 2:26-cv-235<br><br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Longhorn Automotive Group LLC ("LAG" or "Plaintiff") for its Complaint for Patent Infringement against Defendants Volvo Group North America, LLC ("Volvo Group"), Mack Trucks, Inc. ("Mack"), Nova Bus (US) Inc. ("Nova"), and Prevost Car (US) Inc. ("Prevost") (collectively, "VNA" or "Defendants") alleges as follows:

**THE PARTIES**

1. LAG is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 104 E. Houston Street, Marshall, Texas 75670.

2. Upon information and belief, Volvo Group is a limited liability company organized under the laws of Delaware with a principal place of business located at 7900 National Service Road, Greensboro, North Carolina 27409. Upon information and belief, Volvo Group manufactures, assembles, and sells, both in the United States and internationally, Volvo and Mack-branded vehicles. Upon information and belief, Volvo Group does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

1

3. Upon information and belief, Mack is a corporation organized under the laws of Pennsylvania with a principal place of business located at 7900 National Service Road, Greensboro, North Carolina 27409. Upon information and belief, Mack manufactures, assembles, and sells, both in the United States and internationally, Mack-branded vehicles. Upon information and belief, Mack does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

4. Upon information and belief, Nova is a corporation organized under the laws of Delaware with a principal place of business located at 1000, Industriel Boulevard, St-Eustache, Quebec J7R 5A5, Canada.  Upon information and belief, Nova manufactures, assembles, and sells, both in the United States and internationally, Nova-branded buses. Upon information and belief, Nova does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

5. Upon information and belief, Prevost is a corporation organized under the laws of Delaware with a principal place of business located at  8003 Piedmont Triad Parkway, Greensboro, NC 27409. Upon information and belief, Prevost manufactures, assembles, and sells, both in the United States and internationally, Prevost-branded buses and/or coaches. Upon information and belief, Prevost does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

## JURISDICTION

6. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, et seq. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

7. This Court has specific and personal jurisdiction over the Defendants consistent

2

with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, the Defendants have sufficient minimum contacts with the forum because Defendants transact substantial business in the State of Texas and in this Judicial District. Further, Defendants have, directly or through subsidiaries or intermediaries, committed and continue to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint and detailed more particularly below.

8. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b). Upon information and belief, Defendants have transacted business in this District and have committed acts of direct and indirect infringement in this District by, among other things, making, using, offering to sell, selling, and/or importing products that infringe Plaintiff's patents. Additionally, Defendants have regular and established places of business in this District.

9. This Court has general jurisdiction over Defendants due to their continuous and systematic contacts with the State of Texas, including, *inter alia*, ownership and/or lease of land in the State of Texas, and other business activities throughout the State of Texas.

**PATENTS-IN-SUIT**

10. On August 19, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,810,803 (the "'803 Patent ") entitled "Lens System". A true and correct copy of the '803 Patent is available at: https://patentimages.storage.googleapis.com/b8/ee/03/9912346a786072/US8810803.pdf.

11. On July 26, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,987,002 (the "'002 Patent") entitled "Arrangement for Distributed Measurement System for Measurement and Simulation in Distributed Control Systems". A true

and    correct    copy    of    the    '002    Patent    is    available    at: https://patentimages.storage.googleapis.com/2e/7c/c3/eaf362f9a8faf3/US7987002.pdf.

12.    On April 7, 2009, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,513,238 (the "'238 Patent") entitled "Directly Injecting Internal Combustion Engine."    A true and correct copy of the '238 Patent is available at: https://patentimages.storage.googleapis.com/23/6c/e0/5d3e6ec82760c9/US7513238.pdf.

13.    On December 27, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,085,192 (the "'192 Patent") entitled "Device, System and Method for Controlling and Storing Sensitive Information on a GPS Device".    A true and correct copy of the    '192    Patent    is    available    at: https://patentimages.storage.googleapis.com/55/8f/0d/14facb235e78ec/US8085192.pdf.

14.    LAG is the sole and exclusive owner of all right, title, and interest in the '803 Patent, the '002 Patent, the '238 Patent, and the '192 Patent (collectively, the "Patents-in-Suit" or "Asserted Patents") and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. LAG also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

15.    LAG has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, all previous assignees and licensees of the Patents-in-Suit also complied with the marking provisions of 35 U.S.C. § 287.

**FACTUAL ALLEGATIONS**

16.    The '803 Patent generally relates to a plurality of lenses used for focusing and projecting the light in plurality of directions. Such patterns include those generated by systems

4

from an emitted light source. These patterns may be analyzed by computers to identify and determine aspects of the light patterns. The technology described in the '803 Patent was developed by inventor Matt Bell. For example, this technology is implemented in VNA's headlight systems, in all trims and configurations, such as the Volvo VNL models, Volvo VNR models, Volvo VNX models, Volvo VHD models, Volvo VAH models, Mack Anthem models, Mack Pinnacle models, Mack Granite models, Mack TerraPro models, Mack MD series models, Mack LR series models, Mack Pioneer series models, Mack Keystone series models, Volvo 9700, Prevost H3-45 VIP, Prevost H3-45 VIP, Prevost X3-45 VIP, Prevost X3-45 VIP Entertainer, Prevost H3-45, Prevost X3-45, Prevost X3-45 Commuter, Nova Bus LFS CNG, Nova LFS Diesel, Nova LFS Arctic, Nova LFS HEV, Nova Bus LFSe / LFSe+, among other vehicles (collectively, the "Accused Vehicles"). Each of the Accused Products practices the technology in the '803 Patent, including the exemplary vehicle discussed below in Count I.

17.     The '002 Patent generally relates to a monitoring system with plurality of monitoring units communicating with a first interface in a first protocol which in turn is connected to a distributed control systems using a second protocol. The technology described in the '002 Patent was developed by inventor Lars-Berno Fredriksson. For example, this technology is implemented through the Volvo Connect, Mack Connect, Volvo ASIST, Connectivity / Remote Services Package, Prevost Remote Diagnostics / Prevost Liason systems with the Volvo Connect App, Mack Connect App, MyTruck App, and all previous versions and iterations, included with personal vehicles, in all trims and configurations, including the Accused Vehicles. Each of the Accused Products practices the technology in the '002 Patent, including the exemplary vehicle discussed below in Count II.

18.     The '238 Patent generally relates to novel direct injection in internal combustion engines where the shapes of the piston allow for early or late injection to optimize the direct injection. The technology described in the '238 Patent was developed by inventors Ruediger Pfaff, Martin Schnabel, and Joachim Suess at Daimler AG. For example, this technology is implemented in VNA internal combustion engines included in VNA vehicles, in all trims and configurations, including certain Accused Vehicles. Each of the Accused Products practices the technology in the '238 Patent, including the exemplary vehicle discussed below in Count III.

19.     The '192 Patent generally relates to a system and method for controlling and storing sensitive information on a global positioning system (GPS) device.  The technology described in the '192 Patent was developed by Leigh M. Rothschild. For example, this technology is implemented infotainment and navigation systems in VNA vehicles, including, but not limited to, the Volvo infotainments system and CoPilot Display, Mack infotainment system with Mack CoPilot Display and Sygic navigation, Nova infotainment system, Prevost infotainment system, and all previous versions and iterations, included in VNA vehicles, in all trims and configurations, including the Accused Products. Each of the Accused Products practices the technology in the '192 Patent, including the exemplary vehicle discussed below in Count IV.

20.     VNA has infringed the '238 Patent and the '192 Patent by one or more of making, using, selling, offering to sell, and/or importing the Accused Vehicles into and/or in the United States.

21.     VNA has infringed and is continuing to infringe the '803 Patent and the '002 Patent by one or more of making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or importing the Accused Vehicles into and/or in the United States, which are used, tested, and/or demonstrated by VNA, and used in an

6

infringing manner by its direct or indirect customers or users in the United States.

## COUNT I
### (Infringement of the '803 Patent)

22. Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

23. LAG has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '803 Patent.

24. Defendants have and continue to directly infringe the '803 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '803 Patent. Such products include, but are not limited to, VNA's headlight system, in all trims and configurations, such as the Volvo VNL 860, among other vehicles.

25. For example, Defendants have and continue to directly infringe at least claim 15 of the '803 Patent by making, using, offering to sell, selling, and/or importing the Accused Vehicles into the United States that include LED headlights, or equivalent thereof, such as the Volvo VNL 860, among other products. The Volvo VNL 860 is representative of how the Accused Vehicles infringe the '803 Patent.

26. The Volvo VNL 860 comprises a system for projecting a pattern of light (e.g., through incorporation LED Headlights) comprising a light source (e.g., the LED lights) including a plurality of emitters configured to emit light:

7





# Highlighting safety.

To improve visibility and reduce maintenance, Volvo employs LED bulbs for all exterior lighting. All models feature LED high/low beam headlights, as well as LED turn, marker, and parking lamps. The premium headlamp also features our signature LED daytime running light.

27.     The Volvo VNL 860 comprises a cluster of lenses (e.g., combination of different lights in each headlight), each lens included in the cluster of lenses being configured to receive the emitted light from each of the plurality of emitters:

---

[2] https://tadvantagegroupprod-com.cdn-convertus.com/uploads/sites/243/2019/06/d7061dca0a0e0ca34673d88237690ac4.pdf.

[3] https://www.volvocars.com/en-ca/support/car/xc60/article/dfd5d5bd9b0dd7dfc0a8015108eaf009.



4 https://www.ebay.com/itm/395569453667.



28.     The Volvo VNL 860 comprises a condenser lens (e.g., a primary optic lens) located between said light source (e.g., LEDs) and said cluster of lenses, the condenser lens (e.g., outer lenses) concentrating light from each of the plurality of emitters towards a center of the cluster of lenses:

---

[5] https://tadvantagegroupprod-com.cdn-convertus.com/uploads/sites/243/2019/06/d7061dca0a0e0ca34673d88237690ac4.pdf.

[6] https://www.volvocars.com/en-ca/support/car/xc60/article/dfd5d5bd9b0dd7dfc0a8015108eaf009.



---

7 https://www.ebay.com/itm/395569453667.

29.    Defendants have and continue to indirectly infringe one or more claims of the '803 Patent by knowingly and intentionally inducing others, including VNA customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

30.    Defendants, with knowledge that these products, or the use thereof, infringe the '803 Patent at least as of the date of the complaint filed in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024),

---

[8] https://tadvantagegroupprod-com.cdn-convertus.com/uploads/sites/243/2019/06/d7061dca0a0e0ca34673d88237690ac4.pdf.

[9] https://www.volvocars.com/en-ca/support/car/xc60/article/dfd5d5bd9b0dd7dfc0a8015108eaf009.

knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '803 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '803 Patent at least as early as the issuance of the '803 Patent.

31.     Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '803 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[10] For example, Defendants makes driver's manuals available online for purchase with the entry of a vehicle's VIN. Defendants also make user guides available through the Volvo Trucks Driver Guide App.[11]

---

[10]                                                                                                              *See* https://emedia.volvotrucks.us/JZdIJDd/Store/Browse/Index/#Category:74698:Driver&#39;s%20 Manuals.

[11] *See, e.g.*, https://play.google.com/store/apps/details?id=com.drivershandbook.android.volvotrucks&hl=en_ US.



On information and belief, Defendants prepare and provide customers and end-users with manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' manuals and other vehicle information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, these manuals and other vehicle information documents are prepared by Defendants.

Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and directly infringe the '803 Patent. Defendants perform these affirmative acts with knowledge of the '803 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '803 Patent.

Defendants have indirectly infringed and continue to indirectly infringe one or more

---

[12] *Id.*

15

claims of the '803 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '803 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '803 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '803 Patent. The Accused Components include, but are not limited to, Defendants' LED headlight systems and the components thereof. Defendants perform these affirmative acts with knowledge of the '803 Patent and with intent, or willful blindness, that they cause the direct infringement of the '803 Patent.

35.    LAG has suffered damages as a result of Defendants' direct and indirect infringement of the '803 Patent in an amount to be proved at trial.

36.    LAG has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '803 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

37.    Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '803 Patent based on, at least, the filing of the complaint in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024). Defendants' direct and indirect infringement of the '803 Patent has been and continues to be willful, intentional, deliberate, and/or

16

in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT II
### (Infringement of the '002 Patent)

38.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

39.     LAG has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '002 Patent.

40.     Defendants have and continue to infringe the '002 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '002 Patent. Such products include, but are not limited to, the Accused Products equipped with the Volvo Connectivity Complete Package system, in operation with the MyTruck App, included in vehicles, in all trims and configurations, including the Accused Vehicles, such as the Volvo VNL 860.

41.     For example, Defendants have and continue to directly infringe at least Claim 15 of the '002 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Volvo Connectivity Complete Package system, such as the Volvo VNL 860, among other vehicles. The Volvo VNL 860 is representative of how the Accused Vehicles infringe the '002 Patent.

42.     The Volvo VNL 860 comprises a monitoring system (e.g., through the implementation of the MyTruck App and/or a Connected Vehicle Cloud server platform):

17

Connectivity Complete Package

CONNECTIVITY COMPLETE PACKAGE

Connectivity Package a two-year Complete subscription with optional three-to-five year Extended plans, providing essential tools to reduce costs and boost productivity

13



**Volvo Connect**

Volvo Connect is a simple, convenient interface connecting you to all of the critical aspects and digital services of your truck. Volvo Connect is your key to a more productive, more profitable business—whether you're managing fleet health or monitoring your own day-to-day operation on a single vehicle.

14



**MyTruck App**

Drivers have complete remote vehicle access with the industry-leading connectivity that powers the new My Truck App. From viewing status reports and engine fluid levels on your mobile device to adjusting cab settings before you get on the road, the MyTruck App means less time braving the elements and more time in your element.

15

---

[13] https://www.volvotrucks.us/trucks/vnl/truck-builder/860/connectivity_package.
[14] https://www.volvotrucks.us/trucks/vnl/connectivity.
[15] *Id.*



**Remote Diagnostics**

Analysis of critical fault codes leading to immediate communication and recommendations. Average diagnostic times are reduced up to 70% and average repair times more than 20%.

[16]

**Remote Programming**

Remote programming allows over-the-air updates of software and parameters, so there's no need to remove trucks from service. Updated trucks has significantly less faults and reduces unplanned stops by up to 25%.



[17]

---

[16] *Id.*
[17] *Id.*



  

---

[18] https://www.volvotrucks.us/my-truck-app/.

[19] *Id.*

[20] *Id.*



### Engine pre-heating

With one touch, you can schedule your truck's engine to be warmed up and ready for you.

### Parking climate

Manage your truck's interior temperature effortlessly from your device, regardless of your location. Utilize the Instant Climate feature for quick activation and deactivation of the climate control system with just a tap. Additionally, the parking climate timer enables you to preset the temperature and timing for ultimate comfort upon entering the truck.



---

[21] *Id.*
[22] *Id.*



**Activate MyTruck**

To sign in to your My Truck app, you must be a Volvo Connect user with the Driver role. Contact your local Volvo Trucks dealer or your fleet administrator for access information.

[23]

43.     The Volvo VNL 860 comprises a plurality of monitoring units (e.g., the MyTruck App with a Connected Vehicle Cloud server platform) configured to communicate with at least one interface unit (e.g., the telematics control unit using a first protocol (e.g., a cellular network), wherein the at least one interface unit is communicably connected to a distributed control system (e.g., the vehicle's electronic control modules, such as the Body Control Module, Engine Control Module, or Climate Control Module), and the at least one interface unit is further configured to receive data values from the distributed control system using a second protocol (e.g., CAN communication):

---

[23] *Id.*





[24] https://www.volvotrucks.us/media/vtna/files/shared/body-builder/manuals/2025/section-3-electrical-electronic-control-unit.pdf.

[25] https://www.embitel.com/blog/embedded-blog/tech-behind-telematics-explained-how-does-a-vehicle-telematics-solution-work.

> - A **CAN Bus** module that manages all the communication with the vehicle ECUs. Many of the commercially available telematics devices also support OBD II, MOST, LIN interfaces.The TCU communicates with the vehicle <u>ECUs</u> through CAN bus and fetches crucial information such as engine performance, vehicle speed, data from the Tire Pressure measuring Sensors, etc.A telematics system may also use K/Line bus to alert the user about theft (by notifying the user if the vehicle is switched on by anyone), or to enable remote locking and unlocking of the vehicle.

26

44.    The Volvo VNL 860 comprises a plurality of monitoring units configured to communicate with at least one interface unit using a first protocol, wherein the at least one interface unit is communicably connected to a distributed control system, and the at least one interface unit is further configured to receive data values from the distributed control system using a second protocol; wherein the plurality of monitoring units comprises at least one complex monitoring unit (e.g., a cloud server platform) and at least one basic monitoring unit (e.g., the MyTruck App with remote services):



27

---

26 *Id.*
27 https://www.volvotrucks.us/my-truck-app/.

24



**Engine pre-heating**

With one touch, you can schedule your truck's engine to be warmed up and ready for you.

28



**Parking climate**

Manage your truck's interior temperature effortlessly from your device, regardless of your location. Utilize the Instant Climate feature for quick activation and deactivation of the climate control system with just a tap. Additionally, the parking climate timer enables you to preset the temperature and timing for ultimate comfort upon entering the truck.

29

45.     The Volvo VNL 860 comprises a plurality of monitoring units configured to communicate with at least one interface unit using a first protocol, wherein the at least one interface unit is communicably connected to a distributed control system, and the at least one interface unit

---

[28] *Id.*
[29] *Id.*

is further configured to receive data values from the distributed control system using a second protocol; wherein the at least one complex monitoring unit (e.g., the Volvo cloud server platform) is configured to receive a plurality of data values (e.g., engine performance, vehicle speed, cabin temperature, and other data) from the at least one interface unit (e.g., the telematics control unit and/or electronic control unit) using the first protocol (e.g., cellular and/or Bluetooth) and to generate programmatic instructions for the at least one basic monitoring unit (e.g., the MyTruck App):



[30]

---

[30] https://www.volvotrucks.us/my-truck-app/.



### Engine pre-heating

With one touch, you can schedule your truck's engine to be warmed up and ready for you.

[31]

### Parking climate

Manage your truck's interior temperature effortlessly from your device, regardless of your location. Utilize the Instant Climate feature for quick activation and deactivation of the climate control system with just a tap. Additionally, the parking climate timer enables you to preset the temperature and timing for ultimate comfort upon entering the truck.



[32]

46.     The Volvo VNL 860 comprises a plurality of monitoring units configured to communicate with at least one interface unit using a first protocol, wherein the at least one interface unit is communicably connected to a distributed control system, and the at least one interface unit

---

[31] *Id.*

[32] *Id.*

is further configured to receive data values from the distributed control system using a second protocol; wherein the at least one basic monitoring unit (e.g., the MyTruck App) is configured to receive the programmatic instructions (e.g., vehicle status data) and in response thereto to receive a subset of the plurality of data values from the at least one interface unit (e.g., telematics control unit and/or electronic control unit) using the first protocol (e.g., cellular):



33

---

[33] https://www.volvotrucks.us/my-truck-app/.



## Engine pre-heating

With one touch, you can schedule your truck's engine to be warmed up and ready for you.

[34]

## Parking climate

Manage your truck's interior temperature effortlessly from your device, regardless of your location. Utilize the Instant Climate feature for quick activation and deactivation of the climate control system with just a tap. Additionally, the parking climate timer enables you to preset the temperature and timing for ultimate comfort upon entering the truck.



[35]

---

[34] *Id.*
[35] *Id.*



[36]

- A **CAN Bus** module that manages all the communication with the vehicle ECUs. Many of the commercially available telematics devices also support OBD II, MOST, LIN interfaces.The TCU communicates with the vehicle ECUs through CAN bus and fetches crucial information such as engine performance, vehicle speed, data from the Tire Pressure measuring Sensors, etc.A telematics system may also use K/Line bus to alert the user about theft (by notifying the user if the vehicle is switched on by anyone), or to enable remote locking and unlocking of the vehicle.

[37]

47.    Defendants have and continue to indirectly infringe one or more claims of the '002 Patent by knowingly and intentionally inducing others, including VNA customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

48.    Defendants, with knowledge that these products, or the use thereof, infringe the '002 Patent at least as of the date of the complaint filed in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024), knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct

---

[36] https://www.embitel.com/blog/embedded-blog/tech-behind-telematics-explained-how-does-a-vehicle-telematics-solution-work.

[37] *Id.*

infringement of the '002 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '002 Patent at least as early as the issuance of the '002 Patent.

49.    Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '002 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[38] For example, Defendants make driver's manuals available online for purchase with the entry of a vehicle's VIN. Defendants also make user guides available through the Volvo Trucks Driver Guide App.[39]

---

[38] *See* https://emedia.volvotrucks.us/JZdIJDd/Store/Browse/Index/#Category:74698:Driver&#39;s%20 Manuals.

[39] *See, e.g.,* https://play.google.com/store/apps/details?id=com.drivershandbook.android.volvotrucks&hl=en_ US.



50.      On information and belief, Defendants prepare and provide customers and end-users with manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' manuals and other vehicle information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, these manuals and other vehicle information documents are prepared by Defendants.

51.      Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and directly infringe the '002 Patent. Defendants perform these affirmative acts with knowledge of the '002 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '002 Patent.

52.      Defendants have indirectly infringed and continue to indirectly infringe one or more

---

[40] *Id.*

32

claims of the '002 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '002 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '002 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '002 Patent. The accused components include, but are not limited to, Defendants' connected services platforms and the components thereof. Defendants perform these affirmative acts with knowledge of the '002 Patent and with intent, or willful blindness, that they cause the direct infringement of the '002 Patent.

53.    LAG has suffered damages as a result of Defendants' direct and indirect infringement of the '002 Patent in an amount to be proved at trial.

54.    LAG has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '002 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

55.    Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '002 Patent based on, at least, the filing of the complaint in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024). Defendants' direct and indirect infringement of the '002 Patent has been and continues to be willful, intentional, deliberate, and/or

in conscious disregard of rights under the patent.  Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT III
### (Infringement of the '238 Patent)

56.    Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

57.    LAG has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '238 Patent.

58.    Defendants have infringed the '238 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '238 Patent. Such products include, but are not limited to, VNA vehicles with direct injection engines, in all trims and configurations, including the Accused Vehicles, such as the D13TC Engine Family[41], direct injection diesel engine, in the Volvo VAH 600.

59.    For example, Defendants have directly infringed at least claim 1 of the '238 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include Volvo vehicles with direct injection engines, in all trims and configurations, including the Accused Vehicles, such as the D13TC Engine Family, direct injection diesel engine, in the Volvo VAH 600. The Volvo VAH 600 and the D13TC Engine Family are exemplary of how the Accused Products infringe the '238 Patent.

60.    The Volvo VAH 600 comprises a directly injecting internal combustion engine (e.g., Volvo's D13TC Engine Family, direct injection diesel engine), comprising at least one

---

[41] On information and belief, the D13 Engine Family is still used in Volvo Trucks, including, but not limited to current VNL and VNR models.

cylinder which has a combustion space (e.g., combustion chambers in the six cylinder engine):



42

## Engine Specifications

| | |
|---|---|
| **Type**<br>Direct Injection Diesel | **Bore & Stroke**<br>5.16" x 6.22" [131mm x 158mm] |
| **Compression Ratio**<br>18:1 | **Engine Break Retarding Power**<br>500 HP [372 kW] @ 2200 RPM |
| **Number of Cylinders**<br>6, In-Line | **Displacement**<br>780 [13L] |
| **Firing order**<br>1-5-3-6-2-4 | **Dry Weight (Approx)**<br>2635lbs [1195kg] |

43

61.    The Volvo VAH 600 comprises a directly injecting internal combustion engine, comprising at least one cylinder which has a combustion space in which a piston executes an oscillating movement (e.g., piston movement is oscillatory, increasing pressure and temperature in preparation for combustion, aided by injectors to maximize the benefits of higher fuel pressure), and an injection nozzle for injection of fuel into the combustion space:

---

[42] https://www.volvotrucks.us/trucks/powertrain/d13tc/.
[43] *Id.*



44



45

---

[44] https://www.youtube.com/watch?v=j7eeU7KbnG0.
[45] *Id.*



<sup>46</sup>

62.   The Volvo VAH 600 comprises a directly injecting internal combustion engine, comprising at least one cylinder which has a combustion space in which a piston executes an oscillating movement, and an injection nozzle for injection of fuel into the combustion space wherein the piston has a piston recess, which, in a central region thereof, has an elevation extending in a cylinder head direction (e.g., the top of the cylinder with a recess shape), and a surface of the piston recess adjoining the elevation in a recess edge direction is connected to the elevation via a radius:

---

[46] *Id.*

[47]

63.     The Volvo VAH 600 comprises a directly injecting internal combustion engine, comprising at least one cylinder which has a combustion space in which a piston executes an oscillating movement, and an injection nozzle for injection of fuel into the combustion space wherein the piston has a piston recess, which, in a central region thereof, has an elevation extending in a cylinder head direction, and a surface of the piston recess adjoining the elevation in a recess edge direction is connected to the elevation via a radius so that an injection jet impinging the surface and injected as early as possible is distributed both in an elevation direction and in the recess edge direction, and the surface is substantially planar and has an ascending gradient in the recess edge direction such that an injection jet injected as late as possible impinges onto the surface, the last-mentioned injection jet being distributed both in the elevation direction and in the recess edge direction:

---

[47] https://www.youtube.com/watch?v=j7eeU7KbnG0.



64.     Defendants have indirectly infringed one or more claims of the '238 Patent by knowingly and intentionally inducing others, including VNA customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

65.     Defendants, with knowledge that these products, or the use thereof, infringe the '238 Patent at least as of the date of the complaint filed in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024), knowingly and intentionally induced direct infringement of the '238 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '238 Patent at least as early as the issuance of the '238 Patent.

---

[48] https://www.youtube.com/watch?v=j7eeU7KbnG0.

66.　　Defendants have induced infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '238 Patent, but while remaining willfully blind to the infringement. Defendants have induced infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[49] For example, Defendants make driver's manuals available online for purchase with the entry of a vehicle's VIN. Defendants also make user guides available through the Volvo Trucks Driver Guide App.[50]



[49]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*See* https://emedia.volvotrucks.us/JZdIJDd/Store/Browse/Index/#Category:74698:Driver&#39;s%20 Manuals.

[50] *See, e.g.,* https://play.google.com/store/apps/details?id=com.drivershandbook.android.volvotrucks&hl=en_ US.

[51] *Id.*

67.     On information and belief, Defendants prepare and provide customers and end-users with manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' manuals and other vehicle information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, these manuals and other vehicle information documents are prepared by Defendants.

68.     Because of Defendants' inducement, Defendants' customers and end-users have used the Accused Products in a way Defendants intend and directly infringe the '238 Patent. Defendants performed these affirmative acts with knowledge of the '238 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '238 Patent.

69.     Defendants have indirectly infringed one or more claims of the '238 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributed to others' use and manufacture of the Accused Products such that the '238 Patent was directly infringed by others. The accused components within the Accused Products are material to the invention of the '238 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the ' 238 Patent. The accused components include, but are not limited to, Defendants' direct injection internal combustion engines, pistons, engine timing components, and the components thereof. Defendants performed these affirmative acts with knowledge of the '238 Patent and with intent, or willful blindness, that they cause the direct infringement of the '238

41

Patent.

70.     LAG has suffered damages as a result of Defendants' direct and indirect infringement of the '238 Patent in an amount to be proved at trial.

71.     Defendants have committed acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '238 Patent based on the filing of the complaint in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024). Defendants' direct and indirect infringement of the '238 Patent has been willful, intentional, deliberate, and/or in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT IV**
**(Infringement of the '192 Patent)**

72.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

73.     LAG has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '192 Patent.

74.     Defendants have infringed the '192 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '192 Patent. Such products include, but are not limited to, VNA vehicles equipped with infotainment and navigations systems, in all trims and configurations, including the Accused Vehicles, such as Volvo VNL 860.

75.     For example, Defendants have directly infringed at least claim 13 of the '192 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include VNA vehicles equipped with infotainment and navigations systems, in all trims and

configurations, including the Accused Vehicles, such as Volvo VNL 860. The Volvo VNL 860 is exemplary of how the Accused Products infringe the '192 Patent.

76.     The Volvo VNL 860 comprises a location information device with secure data storage comprising a housing (e.g., the truck / cab / vehicle body enclosing the navigation and infotainment components).



77.     The Volvo VNL 860 comprises a locational information module for determining location information of the device, the determined location information being at least one route traveled by the device (e.g., the GPS navigation system, such as the location receiver/transmitter, telematics control unit, and/or the Telematics GateWay).



Driver Information Display and infotainment center
The cab includes two large, full-color screens, putting information at the driver's fingertips. The twelve-inch Driver Information Display is located directly in front of the driver. Digital gauges, including I-Shift transmission oil levels and suspension loading are here to keep focus forward. The nine-inch infotainment center is found on the wraparound dash. Apple CarPlay and Android Auto compatible, it offers optional downloads for supported apps, ELD support, and an integrated driver's manual. Navigation and backup camera views can be integrated with the infotainment center.

---

[52] https://www.volvotrucks.us/trucks/all-new-vnl/driving-environment.
[53] https://www.volvotrucks.us/trucks/all-new-vnl/Files/volvo-vnl-product-guide-brochure.pdf.

Built-in location services offer access to each vehicle's current location, as well as historical route data. The map provides detailed information including travel speed, fuel level, truck restrictions, and traffic data for the route ahead, as well as indicating nearby Volvo dealership locations if maintenance or repairs are needed.

54



78.    The Volvo VNL 860 comprises an encryption module for encrypting the determined location information (e.g., location information is encrypted for security for later access, such as through the fleet management portal, for example, thorough a host processor in the telematics electronic control unit or infotainment electronic control unit that sends GPS data through its crypto engine, hardware security module, trusted platform module, and/or paired

[54] https://www.volvotrucks.us/news-and-stories/press-releases/2023/october/volvo-trucks-launches-volvo-connect-all-in-one-fleet-management-portal/.

[55] https://www.volvotrucks.us/media/vtna/files/shared/body-builder/manuals/2025/new-vnl-wiring-schematics.pdf.

security hardware before writing it to flash memory).

> ### All-in-one fleet management portal
>
> The all-new Volvo VNL and fleet operations will continue to be optimized through advancements in Volvo Connect, the all-in-one fleet management portal launched in October 2023. Fleet managers can see every Volvo truck in their fleet through one secure portal. Fleet managers can view critical truck data such as fuel mileage data, over-the-air software updates, driver behaviors and safety practices, and potential Diagnostic Trouble Codes (DTC). With easy-to-read reports, fleet managers can quickly access and analyze data points related to fuel consumption and safety. These reports provide details on total driving time in top gear, fuel efficiency, idle time, and seat belt usage to name a few.
>
> Volvo Connect provides both near-real-time and historical data for fleet managers. Through live maps, fleet managers can monitor vehicle and route information, traffic conditions, speed, fuel level, odometer, engine hours, and more. Fleet managers can also view the specific truck specs, comparing those specs to duty cycles. Through Volvo Remote Programming, parameter settings can easily be viewed and updated by calling Volvo Action Services to optimize truck performance and efficiency, such as road speed limit and idle shutdown.[56]

*The CIA model.*

**Confidentiality:** To keep the data confidential from unauthorized parties, we use encryption.

**Integrity:** To make sure that the data has not been tampered with, we use signing.

**Availability:** To make the system readily available, we make sure to have retry mechanism for failures, monitor our systems, etc.[57]

---

[56] https://www.volvotrucks.us/news-and-stories/volvo-trucks-stories/wherever-you-go/.

[57] https://www.volvogroup.com/en/careers/working-at-volvo-group/diversity-inclusion-stories/techer/techer-stories/secure-vehicle-communications.html

79.     The Volvo VNL 860 comprises a storage module for storing the encrypted location information (e.g., telematic control unit, navigation head unit / infotainment system, and/or other flash memory associated with the navigation /infotainment systems in one of the electronic control units).

---

**All-in-one fleet management portal**

The all-new Volvo VNL and fleet operations will continue to be optimized through advancements in Volvo Connect, the all-in-one fleet management portal launched in October 2023. Fleet managers can see every Volvo truck in their fleet through one secure portal. Fleet managers can view critical truck data such as fuel mileage data, over-the-air software updates, driver behaviors and safety practices, and potential Diagnostic Trouble Codes (DTC). With easy-to-read reports, fleet managers can quickly access and analyze data points related to fuel consumption and safety. These reports provide details on total driving time in top gear, fuel efficiency, idle time, and seat belt usage to name a few.

Volvo Connect provides both near-real-time and historical data for fleet managers. Through live maps, fleet managers can monitor vehicle and route information, traffic conditions, speed, fuel level, odometer, engine hours, and more. Fleet managers can also view the specific truck specs, comparing those specs to duty cycles. Through Volvo Remote Programming, parameter settings can easily be viewed and updated by calling Volvo Action Services to optimize truck performance and efficiency, such as road speed limit and idle shutdown.

---

58

80.     The Volvo VNL 860 comprises a processing module for sending the encrypted location information to the storage module and retrieving the encrypted location information from the storage module (e.g., the main processor in the navigation/infotainment electronic control unit or telematics control unit, such as a Service and Entertainment module).

---

[58] https://www.volvotrucks.us/news-and-stories/volvo-trucks-stories/wherever-you-go/.



81.     Defendants have indirectly infringed one or more claims of the '192 Patent by knowingly and intentionally inducing others, including VNA customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

82.     Defendants, with knowledge that these products, or the use thereof, infringe the '192 Patent at least as of the date of the complaint filed in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024), knowingly and intentionally induced direct infringement of the '192 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information

---

[59] https://www.volvotrucks.us/media/vtna/files/shared/body-builder/manuals/2025/new-vnl-wiring-schematics.pdf.

and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the '192 Patent at least as early as the issuance of the '192 Patent.

83.    Defendants have induced infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '192 Patent, but while remaining willfully blind to the infringement. Defendants have induced infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[60] For example, Defendants make driver's manuals available online for purchase with the entry of a vehicle's VIN. Defendants also make user guides available through the Volvo Trucks Driver Guide App.[61]

---

[60]    *See* https://emedia.volvotrucks.us/JZdIJDd/Store/Browse/Index/#Category:74698:Driver&#39;s%20 Manuals.

[61] *See, e.g.,* https://play.google.com/store/apps/details?id=com.drivershandbook.android.volvotrucks&hl=en_ US.



84.      On information and belief, Defendants prepare and provide customers and end-users with manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' manuals and other vehicle information documents are prepared by or under the direction of Defendants to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, these manuals and other vehicle information documents are prepared by Defendants.

85.      Because of Defendants' inducement, Defendants' customers and end-users have used the Accused Products in a way Defendants intend and directly infringe the '192 Patent. Defendants performed these affirmative acts with knowledge of the '192 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '192 Patent.

86.      Defendants have indirectly infringed one or more claims of the '192 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers

---

[62] *Id.*

and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributed to others' use and manufacture of the Accused Products such that the '192 Patent was directly infringed by others. The accused components within the Accused Products are material to the invention of the '192 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '192 Patent. The accused components include, but are not limited to, Defendants' direct injection internal combustion engines, pistons, engine timing components, and the components thereof. Defendants performed these affirmative acts with knowledge of the '192 Patent and with intent, or willful blindness, that they cause the direct infringement of the '192 Patent.

87.    LAG has suffered damages as a result of Defendants' direct and indirect infringement of the '192 Patent in an amount to be proved at trial.

88.    Defendants have committed acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '192 Patent based on the filing of the complaint in *Longhorn Automotive Group LLC v. Volvo Car Corporation, et al.*, Case No. 2:24-cv-00603-JRG, Dkt. 1 (E.D. Tex. July 30, 2024). Defendants' direct and indirect infringement of the '192 Patent has been willful, intentional, deliberate, and/or in conscious disregard of rights under the patent. Plaintiff is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury for all issues so triable.

50

**PRAYER FOR RELIEF**

WHEREFORE, LAG prays for relief against Defendants as follows:

a.        Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b.        An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the '803 Patent and the '002 Patent;

c.        An order awarding damages sufficient to compensate LAG for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.        An order awarding Plaintiff treble damages under 35 U.S.C. § 284 as a result of Defendants' willful and deliberate infringement of the Patent-in-Suit;

e.        Entry of judgment declaring that this case is exceptional and awarding LAG its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.        Such other and further relief as the Court deems just and proper.

Dated: March 23, 2026                              Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Ave.
Suite 206 South
Rye, New York 10580

52

Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ, 07079
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

*ATTORNEYS FOR PLAINTIFF,
LONGHORN AUTOMOTIVE GROUP
LLC*

52